JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL E. BERRY, et al., | Case No. 8:18-cv-00957-JLS-PJW |
|---|---|
| Plaintiffs, | **ORDER REGARDING JOINT STIPULATION REGARDING REMAND** |
| v. | |
| EQUIFAX INC. | |
| Defendant. | |

The Court, having considered Defendant Equifax Inc.'s ("Equifax") and Plaintiffs' (collectively, "the Parties") August 24, 2018 Joint Stipulation Regarding Remand, hereby **GRANTS** the Parties' Joint Stipulation.

The Court hereby remands the above-entitled action to the Superior Court of California, County of Orange, Case No. 30-02018-00978682-CU-BT-CJC.

**SO ORDERED**, this 29th day of August, 2018.

_____
JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE